IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
BERRY JAY WILLIAMS,              :
                                 :
          Petitioner,            :
                                 :
     v.                          :      1:25-cv-819
                                 :
STATE OF NORTH CAROLINA,         :
                                 :
          Respondent.            :
```

**ORDER**

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on September 15, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b), (Doc. 5). The Recommendation was served on the parties in this action on September 15, 2025. (Doc. 6.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 5), is **ADOPTED. IT IS FURTHER ORDERED** that this action is construed as a habeas petition under 28 U.S.C. § 2241 and is hereby **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition which corrects the defects of the current Petition or making appropriate filings in the state courts. Any

new petition must be accompanied by either the five-dollar filing fee or a current application to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Dismiss all Cases, (Doc. 2), Motion for Habeas Corpus, (Doc. 3), and Motion for Speedy Trial, (Doc. 4), are **DENIED WITHOUT PREJUDICE.**

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 15th day of January, 2026.

                                             /s/ William L. Osteen, Jr.
                                          United States District Judge